| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Schwab, Arthur J. | 2. Court or Organization<br><br>Western District of Pennsylvan | 3. Date of Report<br><br>05/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>700 Grant Street, Suite 7280<br>Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ _____ _____ _____ _____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Part-time Professor (evening course) | Grove City College |
| 2.   Secretary and member of the Board of Trustees (non-compensated) | Grove City College |
| 3.   Faculty member (non-compensated) | University of Virginia School of Law - Trial Advocacy Program |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 07/11/91 | Single life annuity through a life insurance company through prior employer, Reed Smith LLP, beginning monthly on 01/01/2012. |
| 2. 2009 | Grove City College - Part-time Professor - evening course- intellectual property law (compensation is within the applicable judicial guidelines) |
| 3. | |

Schwab, Arthur J.

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J. | 05/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Grove City College - teaching | $12,500 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions )*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Virginia, School of Law | 01/02/09 to 01/05/09 | Charlottesville, Virginia | Faculty | mileage, tolls (27th Annual National Trial Advocacy College) |
| 2. | Allegheny County Bar Association | 06/18/09 to 06/19/09 | Champion, Pennsylvania | (1) Presentation to ADR Section; and (2) Presentation to Federal Court Section | mileage, tolls |
| 3. | Court | 09/23/09 to 09/25/09 | Cooksburg, Pennsylvania | District Court Meeting | mileage, meals, lodging, tips |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J. | 05/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. ROLLOVER IRA NO. 1: | E | Dividend | O | T | | | | | |
| 2. -SPDR Trust Unit Ser 1 (S&P 500 Index Fund) | | | | | Sold | 03/11/09 | L | | |
| 3. -SPDR Trust Unit Ser 1 (S&P 500 Index Fund) | | | | | Sold | 03/12/09 | L | | |
| 4. -Fidelity Gov't Money Market | | | | | | | | | |
| 5. -Riverfront Capital Fund (A) See VIII | | | | | Distributed | 03/23/09 | K | | |
| 6. -Baron Small Cap Fund | | | | | Sold (part) | 02/04/09 | J | | |
| 7. -Artisan Small Cap Value | | | | | Buy | 02/04/09 | J | | |
| 8. -Calamos Growth Fund | | | | | | | | | |
| 9. -T Rowe Price Mid Cap Value | | | | | | | | | |
| 10. -Harbor International Fund | | | | | Sold (part) | 03/10/09 | K | | |
| 11. -Dodge & Cox Int'l Fund | | | | | Sold (part) | 03/10/09 | J | | |
| 12. -Artisan International Fund | | | | | Sold (part) | 03/10/09 | J | | |
| 13. -MFS Core Growth Fund | | | | | Sold | 12/04/09 | K | | |
| 14. -(a) IShares TR MSCI Emerging Mkts Index Fund | | | | | Sold (part) | 02/06/09 | J | | |
| 15. -(b) IShares TR MSCI Emerging Mkts Index Fund | | | | | Buy | 06/15/09 | J | | |
| 16. -(c) IShares TR MSCI Emerging Mkts Index Fund | | | | | Buy | 12/08/09 | J | | |
| 17. -IShares US Treasury | | | | | Buy | 02/09/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -MFS Value Fund | | | | | Sold | 12/08/09 | K | | |
| 19. -JP Morgan US Large Cap | | | | | Sold (part) | 03/09/09 | L | | |
| 20. -Ivy Glbl Nat Resources FD | | | | | Buy | 03/10/09 | J | | |
| 21. -Pimco Funds Total Return | | | | | Buy | 06/11/09 | J | | |
| 22. -BellSouth Comp. Note | | | | | Buy | 03/27/09 | K | | |
| 23. -Verizon Comm Inc. Note | | | | | Buy | 05/13/09 | K | | |
| 24. -JP Morgan Chase Note | | | | | Buy | 03/27/09 | K | | |
| 25. -Morgan Stanley Note | | | | | Buy | 03/30/09 | K | | |
| 26. -Goldman Sachs Note | | | | | Buy | 05/13/09 | K | | |
| 27. -Western Union Note | | | | | Buy | 04/02/09 | J | | |
| 28. -AT&T | | | | | Buy | 12/08/09 | J | | |
| 29. -BP PLC | | | | | Buy | 12/08/09 | J | | |
| 30. -Bristol Myers Squibb | | | | | Buy | 12/08/09 | J | | |
| 31. -Chevron Comp | | | | | Buy | 12/08/09 | J | | |
| 32. -Coca Cola | | | | | Buy | 12/08/09 | J | | |
| 33. -ConocoPhillips | | | | | Buy | 12/08/09 | J | | |
| 34. -Consolidated Edison | | | | | Buy | 12/08/09 | J | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Dominion Resources | | | | | Buy | 12/08/09 | J | | |
| 36. -Emerson Electric | | | | | Buy | 12/08/09 | J | | |
| 37. - (a) Exxon Mobil | | | | | Buy | 12/08/09 | J | | |
| 38. - (b) Exxon Mobil | | | | | Buy | 12/30/09 | J | | |
| 39. -Healthcare REIT Inc. | | | | | Buy | 12/08/09 | J | | |
| 40. -Home Depot Inc. | | | | | Buy | 12/08/09 | J | | |
| 41. -Intel Corp | | | | | Buy | 12/08/09 | J | | |
| 42. -International Business Machs Corp. | | | | | Buy | 12/08/09 | J | | |
| 43. -Johnson & Johnson | | | | | Buy | 12/08/09 | J | | |
| 44. -Johnson Controls Inc. | | | | | Buy | 12/08/09 | J | | |
| 45. -Kimberly-Clark Corp. | | | | | Buy | 12/08/09 | J | | |
| 46. -Lilly Eli & Co. | | | | | Buy | 12/08/09 | J | | |
| 47. -Linn Energy LLC Units | | | | | Buy | 12/08/09 | J | | |
| 48. -McDonalds Corp. | | | | | Buy | 12/08/09 | J | | |
| 49. -McKesson Corporation | | | | | Buy | 12/08/09 | J | | |
| 50. -Medco Health Solutions Inc. | | | | | Buy | 12/08/09 | J | | |
| 51. -Microsoft Corp. | | | | | Buy | 12/08/09 | J | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -NYSE Euronext | | | | | Buy | 03/12/09 | J | | |
| 53. -Parker Hannifin Corp. | | | | | Buy | 03/12/09 | J | | |
| 54. -Pepsico Inc. | | | | | Buy | 12/08/09 | J | | |
| 55. -Price T Rower Group Inc. | | | | | Buy | 12/08/09 | J | | |
| 56. -Procter & Gamble Co. | | | | | Buy | 12/08/09 | J | | |
| 57. -Qualcomm Inc. | | | | | Buy | 12/08/09 | J | | |
| 58. -Rio Tinto PLC | | | | | Buy | 12/08/09 | J | | |
| 59. -United Technologies Corp. | | | | | Buy | 12/08/09 | J | | |
| 60. -Verizon Communications Inc. | | | | | Buy | 12/08/09 | J | | |
| 61. -Wal-Mart Stores Inc. | | | | | Buy | 12/08/09 | J | | |
| 62. -Waste Management Inc. | | | | | Buy | 12/08/09 | J | | |
| 63. -Wisconsin Energy Cop. | | | | | Buy | 12/08/09 | J | | |
| 64. -JP Morgan Chase & Co. | | | | | Buy | 12/30/09 | J | | |
| 65. RIVERFRONT CAPITAL FUND (A) See VIII | F | Distribution | K | U | | | | | |
| 66. RIVERFRONT CAPITAL FUND (B) See VIII | G | Distribution | K | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J. | 05/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART 2: Parties and Terms re: Grove City College, cntd . . . (started part-time teaching on 01/21/02).

PART 7: Investments and Trusts, cntd . . . (Limited Partnership with investment in CENTRIA) through Riverfront Capital Fund. Two different investments - - (a) held within IRA until distributed around 03/23/2009, and (b) always held outside IRA. Both (a) and (b) are now held (as of 03/23/2009) as two stand-alone investments. I have no management responsibilities therein -- solely passive investment.

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J. | 05/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544